**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03385-MSK

DANNY R. FERNANDEZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion, Order and Judgment Affirming Decision of the Commissioner by Chief Judge Marcia S. Krieger (**Doc. #25**), filed on August, 19, 2015, it is

**ORDERED** that the Decision of the Commissioner is **AFFIRMED.** Any request for costs or attorney fees shall be made within 14 days of the date of this judgment.

Dated at Denver, Colorado this 21st Day of August 2015.

                                            FOR THE COURT:
                                            JEFFREY P. COLWELL, CLERK

                                            s/Patricia Glover

                                            Patricia Glover
                                            Deputy Clerk